Appeal from Seventh District.

## PENWARDEN v. PENWARDEN.

No. 3316.   Decided March 22, 1919.   (179 Pac. 988.)

APPEAL AND ERROR—ASSIGNMENT OF ERROR—SUFFICIENCY OF EVIDENCE —PRESENTATION OF QUESTION. Assignment, as error, of insufficiency of evidence to support decree, findings of fact and conclusions of law not being assailed, presents no question for the determination of the Supreme Court.[1]

Appeal from the District Court of Carbon County, Seventh District; *Hon. Geo. Christensen,* Judge.

Action for divorce by G. W. Penwarden against Anna Penwarden.

Judgment for plaintiff. Defendant appeals.

AFFIRMED.

*Oliver K. Clay* of Price, for appellant.

*King, Braffet & Schulder* of Salt Lake City, for respondent.

THURMAN, J.

Plaintiff brought this action for divorce. Defendant counterclaimed for separate maintenance. Judgment was rendered for plaintiff, but awarded to defendant alimony and custody of the children. Defendant appeals and assigns as error insufficiency of the evidence to support the decree. The findings of fact and conclusions of law are not assailed. Such assignment presents no question for our determination. *Crooks* v. *Harmon,* 29 Utah, 304, 81 Pac. 95.

Judgment affirmed. No costs awarded on this appeal.

CORFMAN, C. J., and FRICK, WEBER, and GIDEON, JJ., concur.

---

[1] *Crooks* v. *Harmon,* 29 Utah, 304, 81 Pac. 95.